# Exhibit 8

KAPLAN, J.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GUCCI AMERICA, INC. and CHLOÉ SAS,

  Plaintiffs,

 -against-

LAURETTE COMPANY, INC. and JENNIFER
MARIE MATTCHEN a/k/a JENNIFER MARIE
KIRK a/k/a JENNIFER BESSON d/b/a
THEBAGADDICTION.COM; PATRICK B. KIRK
d/b/a THEBAGADDICTION.COM; ABC
COMPANIES; and JOHN DOES,

  Defendants.

------------------------------------------------------------x

08 Civ. 5065 (LAK)

[PROPOSED]
FINAL ORDER AND
JUDGMENT ON CONSENT

  WHEREAS, Plaintiffs Gucci America, Inc. and Chloé SAS (collectively, "Plaintiffs") commenced this action by the filing of a complaint on June 3, 2008 (the "Complaint") against Defendants Laurette Company, Inc. and Jennifer Marie Mattchen a/k/a Jennifer Marie Kirk a/k/a Jennifer Besson d/b/a TheBagAddiction.com, ABC Companies and John Does (collectively, "Defendants") alleging, *inter alia*, that Defendants are manufacturing, importing, exporting, distributing, marketing, advertising, offering for sale, and/or selling goods bearing counterfeit reproductions of Plaintiffs' federally registered trademarks, trade names, and/or logos; and

  WHEREAS, this Court issued a Temporary Restraining Order and Order to Show Cause on June 3, 2008 applicable to all Defendants and setting forth certain specified injunctive relief, providing for expedited discovery, and setting forth a schedule for Plaintiffs' application to convert the Temporary Restraining Order into a preliminary injunction; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 12/15/08

was pending; (b) the Named Defendants will not be involved in any additional sales of Counterfeit Products or any other goods or services that make use of Plaintiffs' Marks; (c) all banks and other Financial Institutions (as the term is defined below) that maintain accounts, letters of credit, or other assets for or payable to the Named Defendants, wherever in the world such Financial Institutions, accounts, letters of credit, or other assets are located, have the express permission of the Named Defendants to comply with this Court's orders and discovery powers; and (d) the Named Defendants will provide to Plaintiffs all information and documents in their possession, custody, control, or which they have the means to obtain through reasonable, good faith efforts concerning all sources of Counterfeit Products and the identities and activities of anyone who may have materially contributed to sales of Counterfeit Products whether through TheBagAddiction.com website or otherwise; and

WHEREAS, the Named Defendants have consented to the issuance of a Final Order and Judgment as set forth below:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that

1. The Named Defendants are immediately PERMANENTLY ENJOINED AND RESTRAINED from:

   (a) manufacturing, distributing, delivering, shipping, importing, exporting, advertising, marketing, promoting, selling or otherwise offering for sale Counterfeit Products or any other products produced by Plaintiffs or confusingly similar to Plaintiffs' Products, or that otherwise bear, contain, display or utilize any of Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks; and

        any of Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks; and

(h)     secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe Plaintiff's Trademarks; and

(i)     assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs (a) through (h), or effecting any assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (a) through (h).

2.     IT IS FURTHER ORDERED that the Named Defendants shall pay Plaintiffs a judgment in the amount of $5.2 million, calculated pursuant to Magistrate Judge Eaton's formula in *Gucci v. MyReplicaHandbag.com et al.*, 07 Civ. 2438 (JGK) (DFE) (*i.e.*, $100,000 per registered mark infringed per type of good), in satisfaction of the claims made against them in this matter and as compensation for the injuries that their activities have caused to Plaintiffs.

3.     IT IS FURTHER ORDERED that in accordance with 15 U.S.C. § 1116(a), this Court's inherent power to provide final equitable relief, and the express consent granted herein by the Named Defendants, the following financial institutions (collectively, "Financial

Dated: NOV. 26, 2008

GIBSON, DUNN & CRUTCHER LLP

By: *Jennifer Halter*
Robert L. Weigel
Jennifer C. Halter

200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Plaintiffs – Gucci America, Inc., and Chloé SAS*

Dated: 12/9, 2008

DAVIS & LEONARD LLP

By: *Mark R. Leonard*
Mark R. Leonard

8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone: (916) 362-9000
Facsimile: (916) 362-9066

*Attorneys for Defendants – Laurette Company, Inc., Jennifer Marie Mattchen a/k/a Jennifer Marie Kirk a/k/a Jennifer Besson, and Patrick B. Kirk, all doing business at TheBagAddiction.com*

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: 12/15, 2008

7