UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GUCCI AMERICA, INC., BALENCIAGA
AMERICA, INC., BALENCIAGA S.A.,
BOTTEGA VENETA INTERNATIONAL
S.A.R.L.,
BOTTEGA VENETA INC., LUXURY GOODS
INTERNATIONAL (L.G.I.) S.A. and YVES
SAINT LAURENT AMERICA, INC.

    Plaintiffs,

  -against-

WEIXING LI and LIJUN XU a/k/a JACK
LONDON, all doing business as REDTAGPARTY,
MYLUXURYBAGS.COM,
XPRESSDESIGNERS.COM,
XPRESSDESIGNER.NET, and DESIGNER
HANDBAGS; ABC COMPANIES;
and JOHN DOES,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

2010 Civ. 4974 (RJS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         )ss.:
COUNTY OF NEW YORK )

  ANGEL S. ARIAS, being duly sworn, deposes and says:

  1. I am not a party to this action, am over 18 years of age, and reside in Richmond Hill, New York.

  2. On June 30, 2010, I served true and correct electronic copies (Abode PDFs) of the following materials to Defendants in the above captioned matter via email at (1) payment0925@yahoo.com and (2) xpressdesigner@yahoo.com. The materials sent include: (1) the Summons and Complaint (with Exhibits); (2) the Rule 7.1 Corporate Disclosure Statement; (3) the Civil Cover Sheet and Civil Rider; (4) the Signed Order to Show Cause; (5) the Proposed

Temporary Restraining Order; (6) the Memorandum of Law in Support of the Temporary Restraining Order; (7) the Declaration of Robert L. Weigel (with Exhibits); (8) the Declaration of Stacey Feldman (with Exhibits); and (9) the Declaration of Michael F. Falsone (with Exhibits). Both emails were successfully transmitted to Defendants' email addresses and none of the material returned as "undeliverable".

_____
ANGEL S. ARIAS

Sworn to before me on this
7th day of July 2010

_____
Notary Public

JENNIFER CONTRERAS
Notary Public, State of New York
No. 01CO6196721
Qualified in New York County
Commission Expires November 17, 20 12

2