| Attorney or Party without Attorney:<br>ANNE M. COYLE, ESQ.<br>GIBSON, DUNN & CRUTHCER LLP<br>200 PARK AVENUE<br>47TH FLOOR<br>NEW YORK, NY  10166<br>Telephone No: (212) 351-5396    FAX No: | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.:<br>35409-00027 |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of New York | |
| Plaintiff: GUCCI AMERICA, INC., et al. | |
| Defendant: WEIXING LI, et al. | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>10 CIV 4974 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:      Fri., Oct. 08, 2010
   b. Place of Mailing:     SAN FRANCISCO, CA  94103
   c. Addressed as follows: TIN XU, d/b/a REDTAGPARTY, MYLUXURYBAGS.COM, KUELALA.COM, XPRESSDESIGNERS.COM, XPRESSDESIGNER.NET, and DESIGNER HANDBAGS
   8823 SPECTRUM CENTRE BOULEVARD
   APARTMENT 2113
   SAN DIEGO, CA  92123

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Oct. 08, 2010 in the ordinary course of business.

5. Person Serving:
   a. KELLIE  EMMONS
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD ST.
      SAN FRANCISCO, CA  94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Oct. 08, 2010

   KELLIE EMMONS

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   By Mail

   6611904.gibdu-ny.318466

| Attorney or Party without Attorney:<br>ANNE M. COYLE, ESQ.<br>GIBSON, DUNN & CRUTHCER LLP<br>200 PARK AVENUE<br>47TH FLOOR<br>NEW YORK, NY 10166<br>Telephone No: (212) 351-5396 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>35409-00027 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of New York | | |
| Plaintiff: GUCCI AMERICA, INC., et al. | | |
| Defendant: WEIXING LI, et al. | | |
| **PROOF OF SERVICE**<br>**SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>10 CIV 4974 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT.

3. a. Party served: TIN XU, d/b/a REDTAGPARTY, MYLUXURYBAGS.COM, KUELALA.COM, XPRESSDESIGNERS.COM, XPRESSDESIGNER.NET, and DESIGNER HANDBAGS

4. Address where the party was served: 8823 SPECTRUM CENTRE BOULEVARD
   APARTMENT 2113
   SAN DIEGO, CA 92123

5. I served the party:
   b. **by substituted service.** On: Fri., Oct. 08, 2010 at: 2:05PM by leaving the copies with or in the presence of:
   ARTELIA ZAMBRANO, CLERK
   (2) **(Home)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. K. WYSONG

   First Legal
   1111 6th Avenue, Ste. 204
   San Diego, CA 92101
   Telephone  (619) 231-9111
   Fax        (619) 231-1361
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:    879
       (iii) County:              San Diego

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Oct. 08, 2010

   (signature) (K. WYSONG)

   Judicial Council Form         PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS                    6611904.gibdu-ny.318466

| Attorney or Party without Attorney:<br>ANNE M. COYLE, ESQ.<br>GIBSON, DUNN & CRUTHCER LLP<br>200 PARK AVENUE<br>47TH FLOOR<br>NEW YORK, NY 10166<br>Telephone No: (212) 351-5396 | | | | Ref. No or File No.:<br>35409-00027 | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of New York | | | | | |
| Plaintiff: GUCCI AMERICA, INC., et al. | | | | | |
| Defendant: WEIXING LI, et al. | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>10 CIV 4974 | |

1. I, K. WYSONG, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant TIN XU, d/b/a REDTAGPARTY, MYLUXURYBAGS.COM, KUELALA.COM, XPRESSDESIGNERS.COM, XPRESSDESIGNER.NET, and DESIGNER HANDBAGS as follows:

2. Documents:   SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 10/05/10 | 12:20pm | Home | THIS IS A GATED RESIDENCE. SERVER FOLLOWED SOMEONE INSIDE. NO ANSWER AT THE DOOR. RANG BELL AND WAITED 5 MINUTES. Attempt made by: K. WYSONG. Attempt at: 8823 SPECTRUM CENTRE BOULEVARD APARTMENT 2113 SAN DIEGO CA. 92123. |
| Tue | 10/05/10 | 6:42pm | Home | NO ASNWER AT THE DOOR. QUIET INSIDE. Attempt made by: K. WYSONG. Attempt at: 8823 SPECTRUM CENTRE BOULEVARD APARTMENT 2113 SAN DIEGO CA. 92123. |
| Wed | 10/06/10 | 7:35am | Home | NO ANSWER AGAIN QUIET INSIDE NO LIGHTS ON. Attempt made by: K. WYSONG. Attempt at: 8823 SPECTRUM CENTRE BOULEVARD APARTMENT 2113 SAN DIEGO CA. 92123. |
| Wed | 10/06/10 | 3:00pm | Business | THIS IS A MAILBOX STORE SUBSERVED THE CLERK. Attempt made by: K. WYSONG. Attempt at: 8690 AERO DRIVE SUITE 1151 SAN DIEGO CA. 92123. |
| Wed | 10/06/10 | 3:25pm | Home | SAME ALL CLOSED UP NO ANSWER Attempt made by: K. WYSONG. Attempt at: 8823 SPECTRUM CENTRE BOULEVARD APARTMENT 2113 SAN DIEGO CA. 92123. |

Page Number 1
Date: Fri, Oct. 08, 2010        **AFFIDAVIT OF REASONABLE DILIGENCE**        6611904.gibdu-ny.318466

| Attorney or Party without Attorney:<br>ANNE M. COYLE, ESQ.<br>GIBSON, DUNN & CRUTHCER LLP<br>200 PARK AVENUE<br>47TH FLOOR<br>NEW YORK, NY 10166<br>Telephone No: (212) 351-5396 | For Court Use Only |
|---|---|
| Ref. No or File No.:<br>35409-00027 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of New York

Plaintiff: GUCCI AMERICA, INC., et al.
Defendant: WEIXING LI, et al.

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>10 CIV 4974 |
|---|---|---|---|---|

**SUMMONS**

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 10/08/10 | 2:05pm | Home | Substituted Service on: TIN XU, d/b/a REDTAGPARTY, MYLUXURYBAGS.COM, KUELALA.COM, XPRESSDESIGNERS.COM, XPRESSDESIGNER.NET, and DESIGNER HANDBAGS Home - 8823 SPECTRUM CENTRE BOULEVARD APARTMENT 2113 SAN DIEGO, CA. 92123 by Serving: party in item 3.a. a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: ARTELIA ZAMBRANO, CLERK. Served by: K. WYSONG |
| Fri | 10/08/10 | | | Mailed copy of Documents to: TIN XU, d/b/a REDTAGPARTY, MYLUXURYBAGS.COM, KUELALA.COM, XPRESSDESIGNERS.COM, XPRESSDESIGNER.NET, and DESIGNER HANDBAGS |

3. *Person Executing*
   a. K. WYSONG
   b. **FIRST LEGAL SUPPORT SERVICES**
      1111 6TH AVENUE
      SUITE 204
      SAN DIEGO, CA 92101
   c. 619-231-9111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:*
e. *I am:* (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 879
   (iii) County: San Diego

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

*[signature]*

Page Number 2