UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/11
```

GUCCI AMERICA, INC, *et al.*,

                Plaintiffs,

-v-

WEIXING LI, *et al.*,

                Defendants

No. 10 Civ. 4974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter, dated February 10, 2011, from Plaintiffs, requesting leave to file a Second Amended Complaint. This request is granted. Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall file their Second Amended Complaint by March 10, 2011.

SO ORDERED.

Dated:      February 23, 2011
              New York, New York

                                  RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE