# MEMO ENDORSED

# ALLEN & OVERY

**By E-Mail**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007
(212) 805-0264
sullivannysdchambers@nysd.uscourts.gov

April 15, 2011

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel         212 610 6300
Fax         212 610 6399
Direct line 212 756 1136
lanier.saperstein@newyork.allenovery.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-11
```

Re:   Gucci America, Inc., et al. v. Li, et al., No. 2010 Civ. 4974 (RJS)

Dear Judge Sullivan:

We represent non-party Bank of China ("BOC") in the above-referenced action. We write at the direction of Your Honor's April 7, 2011 Order.

We contacted Plaintiffs' counsel to try to resolve plaintiffs' Motion for an Order Directing Alternative Means of Service, which plaintiffs filed on March 31, 2011 (the "Motion"), to the extent that the Motion relates to BOC. We were unable to reach a resolution, and accordingly, we believe that further briefing on the Motion is required. Subject to Your Honor's approval, we have agreed with Plaintiffs' counsel on the following briefing schedule with respect to the Motion:

- BOC's opposition papers due on Thursday, April 28, 2011; and

- Plaintiffs' reply papers due on Thursday, May 19, 2011.

Further, as requested in Your Honor's April 7, 2011 Order, BOC confirms that it will continue to advance its motion to modify Plaintiffs' preliminary injunction and its opposition to Plaintiffs' motion to compel. Should Your Honor require additional briefing regarding those motions, BOC would be happy to submit it at the Court's convenience.

Respectfully submitted,

Lanier Saperstein

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Bratislava, Brussels, Budapest, Dubai, Dusseldorf, Frankfurt, Hamburg, Hong Kong, London, Luxembourg, Madrid, Mannheim, Milan, Moscow, New York, Paris, Prague, Riyadh (associated office), Rome, Shanghai, Singapore, Tokyo and Warsaw.

cc: Robert L. Weigel, Esq. (counsel for plaintiffs, by e-mail)
    Howard S. Hogan, Esq. (counsel for plaintiffs, by e-mail)
    Jennifer Colgan Halter, Esq. (counsel for plaintiffs, by e-mail)
    Anne M. Coyle, Esq. (counsel for plaintiffs, by e-mail)

BOC shall submit opposition papers by Thursday, April 28, 2011; however, given the nature of the motion, the Court does not believe a reply brief will be necessary. If, upon receipt of BOC's opposition papers, Plaintiff believes a reply brief is necessary, it may request permission to file one at that time.

SO ORDERED
Dated: 4/15/11

RICHARD J. SULLIVAN
U.S.D.J.