Pamela Rogers Chepiga
Lanier Saperstein
Andrew H. Reynard
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300

*Attorneys for Non-Party Bank of China*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
GUCCI AMERICA, INC., BALENCIAGA                                :
AMERICA, INC., BALENCIAGA S.A., BOTTEGA                        :
VENETA INTERNATIONAL S.A.R.L., BOTTEGA                         :   No. 10 Civ. 4974 (RJS)
VENETA INC., LUXURY GOODS                                      :
INTERNATIONAL (L.G.I.) SA and YVES SAINT                       :   **NOTICE OF APPEAL**
LAURENT AMERICA, INC.,                                         :
                                                               :
                            Plaintiffs,                        :
                                                               :
            -against-                                          :
                                                               :
WEIXING LI and LIJUN XU a/k/a JACK LONDON,                     :
all doing business as REDTAGPARTY,                             :
MYLUXURYBAGS.COM,                                              :
XPRESSDESIGNERS.COM,                                           :
XPRESSDESIGNER.NET, and DESIGNER                               :
HANDBAGS; ABC COMPANIES; and JOHN DOES,                        :
                                                               :
                            Defendants.                        :
                                                               :
---------------------------------------------------------------x

       PLEASE TAKE NOTICE that non-party Bank of China ("BOC") hereby appeals to the United States Court of Appeals for the Second Circuit the Memorandum and Order of the United States District Court for the Southern District of New York (Sullivan, J.) dated and entered August 23, 2011 in the above-referenced action.

Dated: New York, New York  
       September 22, 2011

ALLEN & OVERY LLP

By: *[signature]*

Pamela Rogers Chepiga  
Lanier Saperstein  
Andrew H. Reynard

1221 Avenue of the Americas  
New York, New York 10020  
(212) 610-6300  
pamela.chepiga@allenovery.com  
lanier.saperstein@allenovery.com  
andrew.reynard@allenovery.com

*Attorneys for Non-Party Bank of China*

TO:   GIBSON, DUNN & CRUTCHER, LLP  
       200 Park Avenue  
       New York, New York 10166  
       (212) 351-4000  
       Attention: Robert L. Weigel, Esq.

*Attorneys for Plaintiffs*