UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC., et al.,<br><br>                    Plaintiffs,<br><br>– against –<br><br>WEIXING LI, et al.,<br><br>                    Defendants. | No. 10 Civ. 4974 (RJS)<br><br>ECF CASE |

**NON-PARTY BANK OF CHINA'S MOTION PURSUANT TO RULE 60(b)
FOR RECONSIDERATION OF AND RELIEF FROM
THE COURT'S AUGUST 23, 2011 ORDER**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Non-Party Bank of China's Motion Pursuant to Rule 60(b) for Reconsideration of and Relief From the Court's August 23, 2011 Order, dated November 30, 2011, the accompanying Declaration of Andrew H. Reynard and the exhibits attached thereto, non-party Bank of China ("BOC") will move this Court before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, Room 735, New York, New York 10007, on a date and at a time designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 60(b) reconsidering the Court's August 23, 2011 Order and granting BOC relief from that Order, as well as any such other relief as the Court deems just and proper.

- 2 -

| | |
|---|---|
| Dated: New York, New York<br>November 30, 2011 | ALLEN & OVERY LLP<br><br>By:  /s/ Andrew Rhys Davies<br>    Pamela Rogers Chepiga<br>    pamela.chepiga@allenovery.com<br>    Andrew Rhys Davies<br>    andrew.rhys.davies@allenovery.com<br>    Andrew H. Reynard<br>    andrew.reynard@allenovery.com<br><br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel: 212-610-6300<br>Fax: 212-610-6399<br><br>*Attorneys for Non-Party Bank of China* |