UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-16-11
```

GUCCI AMERICA, INC, *et al.*,

                Plaintiffs,

-v-

WEIXING LI, *et al.*,

                Defendants.

No. 10 Civ. 4974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On November 30, 2011, non-party Bank of China ("BOC") filed a motion for reconsideration of the Court's August 23, 2011 order. The Court is now in receipt of a letter from Plaintiffs, dated December 14, 2011, requesting that BOC's motion be summarily denied without further briefing. Plaintiffs' request is denied. However, Plaintiffs are free to let their 5-page letter, which argues that BOC's motion is procedurally and substantively flawed, serve as their opposition brief. BOC's reply brief shall be submitted no later than January 9, 2012, as previously ordered.

SO ORDERED.

Dated:     December 15, 2011
                New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE