UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC., ET AL.,<br><br>　　　　　　Plaintiffs,<br><br>– against –<br><br>WEIXING LI, ET AL.,<br><br>　　　　　　Defendants. | 10 Civ. 4974 (RJS)<br><br>ECF CASE |

### NOTICE OF WITHDRAWAL AS COUNSEL FOR NON-PARTY BANK OF CHINA

　　　　PLEASE TAKE NOTICE that, after today, February 27, 2012, attorney Andrew H. Reynard will no longer be associated with Allen & Overy LLP and hereby withdraws as counsel of record for non-party Bank of China in the above-captioned action.  Mr. Reynard therefore requests that he be removed from the case docket and the Notice of Electronic Filing System as indicated on the docket.  All pleadings, orders and other papers should continue to be served on Allen & Overy LLP and continuing counsel of record, Pamela Rogers Chepiga and Andrew Rhys Davies.

Dated:　New York, New York
　　　　　February 27, 2012

ALLEN & OVERY LLP

By:  /s/ Andrew H. Reynard
　　　Andrew H. Reynard
　　　andrew.reynard@allenovery.com

1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
Fax: 212-610-6399