# EXHIBIT 4

# THE US-CHINA BUSINESS COUNCIL
美 中 贸 易 全 国 委 员 会



USCBC 2014 China Business Environment Survey Results:

# Growth Continues Amidst Rising Competition, Policy Uncertainty

1818 N Street, NW, Suite 200, Washington, DC 20036          Tel: 202.429.0340          Fax: 202.775.2476          Email: info@uschina.org          www.uschina.org

**THE US-CHINA BUSINESS COUNCIL**
美 中 贸 易 全 国 委 员 会

# USCBC 2014 China Business Environment Survey Results
## Growth Continues Amidst Rising Competition, Policy Uncertainty

### Executive Summary

» The China market continues to deliver important revenue opportunities to American companies, even as GDP growth moderates. Nearly 50 percent of survey respondents report double-digit revenue expansion – fewer than in prior years, but still impressive compared to other markets around the globe.

» US companies remain overwhelmingly profitable in the China market, but increasing local competition and rising costs are combining to pressure profit margins.

» Policy uncertainty continues to temper executive optimism. Companies have seen little tangible impact from China's economic reforms and report little improvement in any of the top 10 issues over the past year.

» There has been a steady 30 percentage point shift over the past four years in how companies view prospects in China's market, from "optimistic" to "somewhat optimistic." However, few executives are pessimistic about their prospects in China, a view consistent with other surveys.

» Uncertainty over policy direction is moderating expansion plans. Fifty percent of companies plan to boost resources in China over the next 12 months, down from almost 75 percent just three years ago. On the other hand, only 2 percent of companies say they will reduce resources in China, with the remainder neither increasing nor decreasing resources.

» Differential treatment of domestic and foreign companies in China runs throughout the top 10 issues and beyond. Real progress in implementing the market-based reforms announced by China's new leadership and in concluding a US-China Bilateral Investment Treaty are necessary to put the commercial environment on a more positive trajectory.

» While American companies report that their primary competition is with other US and foreign companies in China, competition from domestic industry is growing. Some observers focus concern on preferential treatment received by Chinese state-owned enterprises, but survey data shows again that nationality may trump ownership – Chinese companies, whether state-owned or private, receive benefits that foreign companies do not.

» The lingering challenges of protecting intellectual property rights in China are well-known. While the enforcement environment continues to slowly improve, such

### Top 10 Issues

1. Competition with Chinese companies in China
2. IPR enforcement
3. Foreign investment restrictions
4. [Tie] Human resources: Talent recruitment and retention
4. [Tie] Cost increases
6. Uneven enforcement/implementation of Chinese laws
7. Licensing
8. Transparency
9. Nondiscrimination/national treatment
10. Overcapacity in the China market

improvements have been modest. American companies continue to limit their operations and IP exposure in China because of the lack of adequate protections.

» China's environmental pollution is starting to impact staffing. Forty percent of companies report that air pollution has made it difficult to retain or assign expatriate staff to China. Pollution has also increased the use of sick leave by expatriate and local staff in China.

» China's ramped-up enforcement of its relatively new antitrust and competition regime has garnered significant attention in recent months. While both foreign and domestic companies are being investigated, foreign companies appear to be facing increasing scrutiny. Eighty-six percent of respondents are concerned about the lack of transparency, due process, and other issues surrounding competition-related investigations.

» USCBC's annual survey continues to stand out for the quality and unique profile of its respondents. Half of its respondents are China-based and half are based in the United States, resulting in responses that blend the on-the-ground experience with the global perspective and context. Eighty-five percent of participating companies have been in the China market for more than 10 years, with the majority bringing more than 20 years of experience to the survey's results.

# Challenge #2
## IPR Enforcement

**Progress on Issue in Past Year: Unchanged**
Rank in 2013: . . . . . . . . . . . . . . . . . . . . .5
Rank in 2012: . . . . . . . . . . . . . . . . . . . .5
Rank in 2011: . . . . . . . . . . . . . . . . . . . .5
Rank in 2010: . . . . . . . . . . . . . . . . . .4
Rank in 2009: . . . . . . . . . . . . . . . . . .8
Rank in 2008: . . . . . . . . . . . . . . . . . .6
Rank in 2007: . . . . . . . . . . . . . . . . . .3
Rank in 2006: . . . . . . . . . . . . . . . . . .3



**Fig. 18    Level of Concern about IPR Enforcement**

The lingering challenges of protecting intellectual property rights in China are well known, and this year's survey findings reinforce that more must be done to address the issue. IP protection is not just an issue for American companies doing business in China — it also affects Chinese companies. USCBC's annual membership surveys have consistently found that while some improvements have been made year to year, they are modest. As one survey respondent put it, "IPR enforcement is ever improving, but by far not enough (Fig. 18)."

The improvements that American companies have seen are varied, and they include more administrative actions, greater attention to the IPR legal framework, and the creation of IP-focused courts in Beijing, Shanghai, and other locations (Fig. 19).

However, challenges remain. Improved IP enforcement is not simply a matter of ensuring that IP owners are compensated for the fruits of their work — it is also an economic issue for China. The lost opportunities for job creation and innovation can be seen in the areas where American companies are limiting their operations in China because of the lack of



**Fig. 19    Over the Past Year, China's Protection of IPR Has...**

©2014, The US-China Business Council

full protection for IP rights. Notably, almost 50 percent of companies hold back on investment and research and development (R&D) in China because of IP concerns; less than 25 percent say the IP environment has no impact on investment decisions (Fig. 20). Increased foreign investment in R&D would help to create the kind of innovative, value-added jobs that China's government is actively seeking to develop. As a consequence, improving IP enforcement will be an important component of China's innovation drive.

China has several specific IP enforcement channels, all of which receive mixed reviews from American companies that have considered or used them. In general, China's civil courts and administrative agencies, such as the State Administration for Industry & Commerce (SAIC) and the Public Security Bureau, are viewed as being the most viable options for IP enforcement, though not in all cases (Fig. 21).

China's criminal courts are viewed most skeptically by companies, with nearly 50 percent of companies indicating that pursuing criminal cases is not a viable option. A similar percentage of companies said that they have not had cases that would be eligible for criminal enforcement. These results are a strong reminder of USCBC's longstanding recommendation that China impose criminal penalties for commercial-scale theft of IP and eliminate minimum value thresholds. If such a change were made, more criminal cases could be brought and enforced, and views on the viability of criminal courts would likely improve (Fig. 22).



**Fig. 20  Impact of China's Level of IPR Enforcement on Types of Activities Companies Undertake in China***

- 48% Limits R&D activities in China
- 38% Limits products manufactured in China
- 37% Limits products co-manufactured or licensed in China
- 30% Limits products sold in China
- 23% No impact

*Multiple responses allowed



**Fig. 21  Viability of China's IPR Enforcement Channels**

- Criminal courts
- Civil courts
- Administrative agencies (e.g. SAIC, PSB)



**Fig. 22  Success Rate of China's IPR Enforcement Channels**

- Criminal cases
- Civil cases
- Administrative cases

©2014, The US-China Business Council