UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUCCI AMERICA, INC., *et al.*,

                Plaintiffs,

-v-

WEIXING LI, *et al.*,

                Defendants.

No. 10-cv-4974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a pre-motion letter from non-party Bank of China, dated February 26, 2015, seeking leave to file a five-page sur-reply in support of its opposition to Plaintiffs' motion for an order compelling Bank of China's production of documents requested in Plaintiffs' 2010 and 2011 subpoenas. (Doc. No. 149.) The Court is also in receipt of a letter from Plaintiffs, dated March 2, 2015, opposing Bank of China's request. (Doc. No. 150.) Having reviewed the parties' submissions, the Court concludes that any additional briefing is unnecessary. Accordingly, IT IS HEREBY ORDERED THAT Bank of China's request is denied.

SO ORDERED.

Dated:    March 3, 2015
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE