**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Robert Weigel
Direct: +1 212.351.3845
Fax: +1 212.351.5236
RWeigel@gibsondunn.com

October 15, 2015

VIA CM/ECF AND ELECTRONIC MAIL

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007
E-mail: SullivanNYSDChambers@nysd.uscourts.gov

Re:   Gucci America, Inc., et al. v. Weixing Li, et al., No. 2010 Civ. 4974 (RJS)

Dear Judge Sullivan:

We represent Plaintiffs in the above-referenced action. I write pursuant to this Court's Order dated September 29, 2015 (ECF 158) ordering the Bank of China ("BOC") to comply with Plaintiffs' subpoenas and directing Plaintiffs to report back to the Court concerning the bank's compliance.

BOC has not complied with the Order, nor has it represented that it will comply in the future. Counsel for BOC has indicated that the bank is still considering whether or not it will comply, and has requested that Plaintiffs agree to another two week period for the bank to make up its mind.

BOC has had nearly a year to consider how it would respond in the event that this Court ordered it to comply with the subpoenas following the remand from the Second Circuit, as Plaintiffs filed their motion to compel on December 1, 2014. The bank has had plenty of time to collect the responsive documents Plaintiffs have been seeking since 2010, and has not indicated that it needs more time to do so. Plaintiffs respectfully request that this Court unambiguously order the bank to produce all documents required by the September 29 Order by no later than October 22, and give Plaintiffs leave to file an order to show cause as to why the bank should not be held in contempt if BOC fails to comply.

GIBSON DUNN

Honorable Richard J. Sullivan
October 15, 2015
Page 2


Respectfully submitted,


/s/ Robert L. Weigel


Robert L. Weigel, counsel to Plaintiffs



cc: Andrew Rhys Davies, counsel to nonparty Bank of China