ALLEN & OVERY

**BY ECF AND EMAIL**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007
sullivannysdchambers@nysd.uscourts.gov

Allen & Overy LLP
1221 Avenue of the Americas
New York  NY  10020

| | |
|---|---|
| Tel | 212 610 6300 |
| Fax | 212 610 6399 |
| Direct line | 212 756 1151 |

andrew.rhys.davies@allenovery.com

October 15, 2015

Re:     **Gucci America, Inc., et al. v. Weixing Li, et al.,**
          **No. 10 Civ. 4974 (RJS)**

Dear Judge Sullivan:

We write on behalf of non-party Bank of China ("BOC") in response to plaintiffs' (collectively "Gucci") letter of today's date.  This letter is filed subject to and without waiver of BOC's jurisdictional objections.

As we advised Gucci's counsel on October 9 and 13, 2015, and again today, the Court's Opinion and Order dated September 29, 2015 (the "Order") was filed on the eve of a week-long public holiday in China, which delayed BOC's ability to confer with the relevant internal decision-makers, with its counsel, and with its domestic regulators.  The holiday ended and BOC reopened on October 8, since when BOC has been diligently working to evaluate how it should respond to its conflicting obligations.  That work is ongoing, and BOC is awaiting the instructions of its domestic regulators.

Given the importance and difficulty of the decision that BOC must now make, we requested that Gucci not ask the Court to set a date for BOC's compliance with the Order that would be earlier than October 29, 2015.  Gucci has rejected that request.  Subject to its jurisdictional objections, BOC respectfully requests that the Court allow BOC that relatively brief period of time to complete its decision-making process.

Respectfully submitted,

/s/ Andrew Rhys Davies

**Andrew Rhys Davies**

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Toronto, Warsaw, Washington, D.C. and Yangon.

2

Copy            All counsel of record (via ECF)