UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUCCI AMERICA, INC., *et al.*,

                Plaintiffs,

-v-

WEIXING LI, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-15

No. 10 Civ. 4974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of two letters from Plaintiffs and non-party Bank of China respectively, dated October 15, 2015, indicating that the Bank of China has failed to comply with the Court's September 29, 2015 order (Doc. No. 158) compelling the bank to produce all account documents requested in the subpoenas issued in 2010 and 2011 in this action. (Doc. Nos. 159 & 160.) IT IS HEREBY ORDERED THAT Bank of China must produce all documents required by the Court's September 29, 2015 order by October 23, 2015. IT IS FURTHER ORDERED THAT, if the Bank of China fails to comply by this date, Plaintiffs may move for sanctions.

SO ORDERED.

Dated:     October 16, 2015
             New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE