UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEGACY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11-9-15__

---

GUCCI AMERICA, INC., *et al.*,

                      Plaintiffs,

    -v-

WEIXING LI, *et al.*,

                      Defendants.

No. 10 Civ. 4974 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

Now before the Court is Plaintiffs' motion to sanction and hold non-party Bank of China ("BOC") in contempt for failure to comply with the Court's September 29, 2015 and October 16, 2015 orders. On September 29, 2015, the Court issued an order compelling BOC to produce all account documents requested in the subpoenas issued in 2010 and 2011 in this action. (Doc. No. 158.) A second order, dated October 16, 2015, set a deadline of October 23, 2015 for the production of the documents. (Doc. No. 164.) As BOC has failed to comply to this date with the subpoenas, Plaintiffs now move for an order to show cause, seeking sanctions and an order holding BOC in civil contempt. Having carefully reviewed the Plaintiffs' Memorandum of Law, and the exhibits attached thereto (the "moving papers"), the Court HEREBY ORDERS THAT non-party BOC shall appear on Wednesday, November 25, 2015 at 3 p.m., in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, to show cause why the Court should not hold BOC in civil contempt and order sanctions for its failure to comply with the Court's orders. A representative or corporate officer of BOC must also be present.

IT IS FURTHER ORDERED THAT (1) Plaintiffs shall docket the moving papers on ECF no later than November 11, 2015; (2) BOC shall file any written response to Plaintiffs' motion no later than November 16, 2015; and (3) Plaintiffs shall file any written reply to BOC's opposition papers no later than November 23, 2015.

SO ORDERED.

Dated:      November 9, 2015
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE