# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Robert Weigel
Direct: +1 212.351.3845
Fax: +1 212.351.5236
RWeigel@gibsondunn.com

November 9, 2015

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-15

VIA HAND DELIVERY

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

MEMO ENDORSED

Re: Gucci America, Inc., et al. v. Weixing Li, et al., No. 2010 Civ. 4974 (RJS)

Dear Judge Sullivan:

We represent Plaintiffs in the above-referenced action. I write respectfully to request this Court's permission to file three exhibits, in support of Plaintiffs' Motion to Sanction and Hold Bank of China in Civil Contempt for Refusing to Comply with the Court's September 29 and October 16 Orders, that exceed the maximum length specified in this Court's Individual Practices. Specifically, Exhibit 8 is 88 pages; Exhibit 9 is 116 pages; and Exhibit 14 is 423 pages. These Exhibits demonstrate the approximately $2.9 million in sales of counterfeits made by the Defendants during a 2.5 year period that Plaintiffs' were able to uncover. We are happy to file the Exhibits on a disk for the Court's convenience.

Respectfully submitted,

Robert L. Weigel, counsel to Plaintiffs

SO ORDERED
Dated: 11/9/15

RICHARD J. SULLIVAN
U.S.D.J.