UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-12-15
```

GUCCI AMERICA, INC., *et al.*,

            Plaintiffs,

-v-

WEIXING LI, *et al.*,

            Defendants.

No. 10-cv-4974 (RJS)
<u>ORDER</u>

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from non-party Bank of China ("BOC"), dated November 10, 2015, seeking an extension of time in which to respond to Plaintiffs' motion to sanction and hold BOC in contempt. (Doc. No. 166.) BOC has long been aware of its obligation to comply with the subpoenas issued in this action. In addition to the Court's September 29, 2015 Order compelling BOC to produce all account documents requested (Doc. No. 158), the Court issued a second order on October 16, 2015, setting a compliance deadline and allowing Plaintiffs to move for sanctions if BOC continued to fail to comply (Doc. No. 164). As BOC has long known of its intention not to comply with the subpoenas and has had ample time to prepare for the Court's order to show cause, it cannot sincerely now claim surprise. The Court will no longer tolerate BOC's well-practiced pattern of delay. Accordingly, IT IS HEREBY ORDERED THAT BOC's request for an extension of time is denied and BOC must respond to Plaintiffs' motion no later than November 16, 2015. In light of the Thanksgiving holiday, IT IS FURTHER ORDERED THAT the conference on the

motion previously scheduled for November 25, 2015, shall instead take place on November 24, 2015 at 11:30 a.m.

SO ORDERED.

Dated:     October 16, 2015
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE