# ALLEN & OVERY

**BY ECF AND EMAIL**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007
sullivannysdchambers@nysd.uscourts.gov

Allen & Overy LLP
1221 Avenue of the Americas
New York  NY  10020

| | |
|---|---|
| Tel | 212 610 6300 |
| Fax | 212 610 6399 |
| Direct line | 212 756 1151 |

andrew.rhys.davies@allenovery.com

November 13, 2015

Re:   Gucci America, Inc., et al. v. Weixing Li, et al.,
       **No. 10 Civ. 4974 (RJS)**

Dear Judge Sullivan:

We write on behalf of non-party Bank of China ("BOC") to request an extension of the usual page limitations applicable to two of the exhibits that BOC plans to file in support of its response to the Court's Order to Show Cause dated November 9, 2015.  This request is made subject to and without waiver of BOC's jurisdictional objections.

Specifically, we respectfully request permission to file two exhibits that exceed the page limit set forth in the Court's individual Rule 2.H., which limits the length of exhibits to 15 pages.  These exhibits consist of fully-authenticated copies of two of the three judgments of the Chinese courts against BOC related to this matter. One of those exhibits is 29 pages, and the other is 33 pages.  They are being filed because Gucci previously questioned the authenticity of the earlier-filed judgments.

Under this Court's Orders of November 9 and November 12, 2015 (ECF No. 162, 167), BOC's opposition to the Motion is due November 16, 2015.  This is BOC's first request for this extension to these page limitations.  Plaintiffs' counsel do not oppose this request.

Respectfully submitted,

/s/ Andrew Rhys Davies

**Andrew Rhys Davies**

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.

Copy            All counsel of record (via ECF)