# ALLEN & OVERY

BY ECF AND EMAIL

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007
sullivannysdchambers@nysd.uscourts.gov

Allen & Overy LLP
1221 Avenue of the Americas
New York  NY  10020

Tel         212 610 6300
Fax         212 610 6399
Direct line 212 756 1151
andrew.rhys.davies@allenovery.com

November 25, 2015

Re:   Gucci America, Inc., et al. v. Weixing Li, et al.,
      No. 10 Civ. 4974 (RJS)

Dear Judge Sullivan:

Pursuant to Local Civil Rule 1.4, subject to and without waiver of BOC's jurisdictional objections, I respectfully request that the Court permit me to withdraw my appearance as counsel for non-party Bank of China in the above-referenced case.  Allen & Overy LLP will continue to represent Bank of China, but I will be leaving the firm shortly.  My partner, Laura R. Hall, will be taking over primary responsibility for this matter.  Ms. Hall will be filing a notice of appearance today.

Respectfully submitted,

/s/ Andrew Rhys Davies

**Andrew Rhys Davies**

Copy:         All counsel of record (via ECF)
              Bank of China

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.