UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-15
```

GUCCI AMERICA, INC., *et al.*,

                       Plaintiffs,

-v-

WEIXING LI, *et al.*,

                       Defendants.

No. 10-cv-4974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Mr. Rhys Davies' application is granted. (Doc. No. 173.) The Court wishes him continued success in all his future endeavors, and is grateful to him for his contributions in this action and as an officer of this Court.

SO ORDERED.

Dated:    November 30, 2015
            New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE