UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC., *et al.*,<br><br>                Plaintiffs,<br><br>– against –<br><br>WEIXING LI, *et al.*,<br><br>                Defendants. | 10 Civ. 4974 (RJS)<br><br>ECF CASE<br><br>**NOTICE OF APPEAL** |

      NOTICE IS HEREBY GIVEN that non-party Bank of China hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's Opinion and Order dated and entered November 30, 2015, and from this Court's Opinion and Order dated and entered September 29, 2015, and from this Court's Order dated and entered October 16, 2015.

Dated:  New York, New York
           December 1, 2015

ALLEN & OVERY LLP

By:  /s/ Laura R. Hall
     Laura R. Hall
     laura.hall@allenovery.com

1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
Fax: 212-610-6399

*Attorneys for Non-Party Bank of China*