# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

1:10-cv-04974-RJS

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand fifteen.

Before:  Susan L. Carney,
     *Circuit Judge.*

_____

Gucci America, Inc., Balenciaga America, Incorporated, Balenciaga, S.A., Bottega Veneta International S.A.R.L., Bottega Veneta, Incorporated, Luxury Goods International (L.G.I.) S.A., Yves Saint Laurent America, Inc.,

 Plaintiff - Appellee,

v.

Bank Of China,

 Appellant.

_____

ORDER
Docket No. 15-3850

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec. 8, 2015
```

 Appellant moves for a stay of the district court's order dated November 30, 2015, pending determination of this appeal.

 IT IS HEREBY ORDERED that the motion for a stay pending appeal is REFERRED to the next available motions panel. IT IS FURTHER ORDERED that, to the extent Appellant seeks a temporary stay of the district court order pending determination of the stay motion, that request is GRANTED.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court



CERTIFIED COPY ISSUED ON 12/8/2015