# ALLEN & OVERY

VIA ECF AND EMAIL

Honorable Richard J. Sullivan
United States District Court
500 Pearl Street
New York, New York  10007
sullivannysdchambers@nysd.uscourts.gov

Allen & Overy LLP
1221 Avenue of the Americas
New York NY  10020

Tel          212 610 6300
Fax          212 610 6399
Direct line  212 756 1171
laura.hall@allenovery.com

December 11, 2015

Re:   Gucci America, Inc., et al. v. Weixing Li, et al.,
      No. 2010 Civ. 4974 (RJS) (S.D.N.Y.)

Dear Judge Sullivan:

We write on behalf of non-party Bank of China ("BOC") in response to the declaration and exhibits submitted by Gucci's counsel on December 11, 2015 (the "Fee Submission") requesting $171,127.46 in attorneys' fees and costs pursuant to the Court's November 30, 2015 Opinion and Order, D.I. 176 (the "Contempt Order").

On December 8, 2015, the Second Circuit stayed the Contempt Order, pending a ruling by a three-judge panel on BOC's motion for a stay pending appeal.  *See* True Copy of Order, D.I. 182.  As the Contempt Order has been stayed, BOC respectfully requests that its deadline to file objections to the Fee Submission be deferred until such time as the stay of the Contempt Order is lifted by the Second Circuit.  This request is consistent with the approach the Court took during the last appeal in this matter.  *See* Endorsed Letter (Dec. 5, 2012), D.I. 125 (granting BOC's request for deferral of deadline to oppose Gucci's prior fee submission so long as stay pending appeal remained in place).

Respectfully submitted,

*[signature: Laura R. Hall / JLO]*

**Laura R. Hall**

Copy to:  Counsel of record (via email)

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (cooperation office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.