S.D.N.Y.-N.Y.C.
10-cv-4974
Sullivan, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of January, two thousand sixteen.

Present:
    Chester J. Straub,
    Debra Ann Livingston,
    Denny Chin,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan. 13, 2016

Gucci America, Inc., et al.,

        *Plaintiffs-Appellees*,

    v.   15-3850

Bank Of China,

        *Appellant*,

Weixing Li, DBA Redtagparty, DBA Myluxurybags.com, DBA Xpressdesginers.com, DBA Xpressdesigner.net, DBA Designer Handbags, AKA Xin Li, DBA Kuelala.com, et al.,

        *Defendants*.

Appellant moves for a stay of contempt sanctions pending appeal and for the Court to take judicial notice of a letter from Chinese bank regulatory authorities. Upon due consideration, it is hereby ORDERED that the motions are DENIED. Appellant has not demonstrated that it is entitled to a stay. *See McCue v. City of New York (In re World Trade Ctr. Disaster Site Litig.)*, 503 F.3d 167, 170 (2d Cir. 2007). The letter from Chinese bank regulatory authorities does not contain the sorts of facts of which the Court can take notice. Fed. R. Evid. 201(b). Nothing in this order prevents the regulatory authorities from moving for leave of court to file a brief *amicus curiae*. *See* Fed. R. App. P. 29.

CERTIFIED COPY ISSUED ON 01/13/2016

It is further ORDERED that, pursuant to Federal Rule of Appellate Procedure 2, this appeal shall be heard on an expedited basis. The clerk of the court is accordingly directed to set an expedited schedule for this matter.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2