# ALLEN & OVERY

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-13-16
```

VIA ECF AND EMAIL

Honorable Richard J. Sullivan
United States District Court
500 Pearl Street
New York, New York  10007
sullivannysdchambers@nysd.uscourts.gov

Allen & Overy LLP
1221 Avenue of the Americas
New York NY  10020

Tel          212 610 6300
Fax         212 610 6399
Direct line  212 756 1171
laura.hall@allenovery.com

January 13, 2016

Re:   Gucci America, Inc., et al. v. Weixing Li, et al.,
      No. 2010 Civ. 4974 (RJS) (S.D.N.Y.)

MEMO ENDORSED

Dear Judge Sullivan:

We write on behalf of non-party Bank of China ("BOC") pursuant to the Court's Endorsed Order dated December 16, 2015, D.I. 187. On January 12, 2016, the United States Court of Appeals for the Second Circuit issued an order denying BOC's motion for a stay of contempt sanctions pending appeal and its motion for the court to take judicial notice of a letter from Chinese bank regulatory authorities. The Second Circuit further ordered that BOC's appeal be heard on an expedited basis. The Second Circuit issued a certified copy of its January 12, 2016 order to this Court earlier today.

Respectfully submitted,

*Laura Hall*

**Laura R. Hall**

Copy to: Counsel of record (via email)

IT IS HEREBY ORDERED THAT, if non-party Bank of China ("BOC") does not comply with the Court's September 29, 2015 Order (Doc. No. 158) by January 14, 2016, BOC shall pay a daily coercive fine of $50,000 for each subsequent day of non-compliance as set forth in the Court's November 30, 2015 Order (Doc. No. 176). IT IS FURTHER ORDERED THAT BOC shall submit any objections to Plaintiffs' attorneys' fees and costs calculations (Doc. No. 185) by January 25, 2016.

SO ORDERED
Dated: 1/13/16
RICHARD J. SULLIVAN
U.S.D.J.

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (cooperation office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.