UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC., *et al.*,<br><br>                Plaintiffs,<br><br>– against –<br><br>WEIXING LI, *et al.*,<br><br>                Defendants. | 10 Civ. 4974 (RJS) |

## NOTICE OF LIMITED APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that David C. Esseks of Allen & Overy LLP, a member of this Court in good standing, hereby enters a limited appearance on behalf of non-party Bank of China, and requests that copies of all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

THIS LIMITED APPEARANCE IS SUBJECT TO AND WITHOUT WAIVER OF BANK OF CHINA'S JURISDICTIONAL OBJECTIONS.

Dated:  New York, New York
        January 15, 2016

                                                    By:  /s/ David C. Esseks
                                                         David C. Esseks

                                                    ALLEN & OVERY LLP
                                                    1221 Avenue of the Americas
                                                    New York, New York 10020
                                                    Telephone:  212-610-6300
                                                    Email:  david.esseks@allenovery.com

                                                    *Attorney for Non-Party Bank of China*