# ALLEN & OVERY

VIA ECF AND EMAIL

Honorable Richard J. Sullivan
United States District Court
500 Pearl Street
New York, New York  10007
sullivannysdchambers@nysd.uscourts.gov

Allen & Overy LLP
1221 Avenue of the Americas
New York  NY  10020

Tel               212 610 6300
Fax               212 610 6399
Direct line       212 610 6326
david.esseks@allenovery.com

January 20, 2016

Re:   Gucci America, Inc., et al. v. Weixing Li, et al.,
      No. 2010 Civ. 4974 (RJS) (S.D.N.Y.)

Dear Judge Sullivan:

We write on behalf of non-party Bank of China ("BOC") in reference to the Court's Orders dated September 27, 2015, October 16, 2015, November 30, 2015, and January 13, 2016 (the "Orders"), compelling BOC's compliance with subpoenas dated July 16, 2010 and February 23, 2011 that were served on BOC's New York Branch by plaintiffs' counsel (the "Subpoenas").

BOC has delivered to plaintiffs' counsel all non-privileged documents responsive to the Subpoenas that it has been able to locate following a reasonable search.  BOC will supplement this production in the event that it locates additional documents responsive to the Subpoenas.  We have advised plaintiffs' counsel that we are available to meet and confer should they have any questions or concerns about BOC's production.

By making today's document production, BOC has complied with the Court's Orders and believes it has purged its contempt.  Pursuant to the terms of the January 13, 2016 Order, BOC believes that no sanctions payment is due today nor should become due going forward.

Given the immediacy of this matter, we will, pursuant to Rule 1.B of the Court's Individual Rules and Practices, contact the Court for further instructions.

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (cooperation office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.

Respectfully submitted,

**David C. Esseks**

Copy to: Counsel of record (via email)