UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUCCI AMERICA, INC., *et al.*,

                Plaintiffs,

-v-

WEIXING LI, *et al.*,

                Defendants.

No. 10-cv-4974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is a letter from non-party Bank of China ("BOC"), dated January 20, 2016, stating that it has produced all of the account information requested in two subpoenas issued in 2010 and 2011 and that it is thus now in compliance with the Court's September 29, 2015 Order compelling the production of those documents (Doc. No. 158). (Doc. No. 194.) The Court is also in receipt of a letter from Plaintiffs indicating that they have received approximately 5,400 files and requesting time to review the documents and determine whether BOC is in compliance with the subpoenas. On November 30, 2015, the Court issued an order holding BOC in civil contempt and imposing a coercive fine of $50,000 for each day BOC did not comply with the Court's September 29, 2015 Order. (Doc. No. 176.) IT IS HEREBY ORDERED THAT that the daily coercive fine imposed against BOC is stayed until the Court determines whether BOC is in substantial compliance. IT IS FURTHER ORDERED THAT Plaintiffs shall submit a letter to the Court by January 29, 2016 indicating their position as to whether BOC has produced all the documents requested in the 2010 and 2011 subpoenas.

SO ORDERED.

Dated:    January 20, 2016
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE