# ALLEN & OVERY

**VIA ECF AND EMAIL**

Honorable Richard J. Sullivan
United States District Court
500 Pearl Street
New York, New York  10007
sullivannysdchambers@nysd.uscourts.gov

Allen & Overy LLP
1221 Avenue of the Americas
New York  NY  10020

Tel            212 610 6300
Fax            212 610 6399
Direct line    212 610 6326
david.esseks@allenovery.com

January 29, 2016

Re:   Gucci America, Inc., et al. v. Weixing Li, et al.,
      No. 2010 Civ. 4974 (RJS) (S.D.N.Y.)

Dear Judge Sullivan:

We write on behalf of non-party Bank of China in connection with the above-referenced matter. Enclosed please find a courtesy copy of a Stipulation of Voluntary Dismissal, which was filed with the United States Court of Appeals for the Second Circuit earlier today.

Respectfully submitted,

David C. Esseks

Copy to:  Counsel of record (via email)

Encl.

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (cooperation office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| GUCCI AMERICA, INC., *et al.*, <br><br> Plaintiffs-Appellees, <br><br> – against – <br><br> WEIXING LI, *et al.*, <br><br> Defendants, <br><br> BANK OF CHINA, <br><br> Non-Party Appellant. | USCA No. 15-3850 |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned appeal is voluntarily dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b).

Each party shall bear its own costs.

Respectfully submitted,

/s/ Laura R. Hall /JLO

ALLEN & OVERY LLP
Laura R. Hall
laura.hall@allenovery.com
1221 Avenue of the Americas
New York, New York 10020
212-610-6300
*Attorneys for Non-Party Appellant Bank of China*

GIBSON, DUNN & CRUTCHER LLP
Robert L. Weigel
rweigel@gibsondunn.com
200 Park Avenue
New York, New York 10166
212-351-4000
*Attorneys for Plaintiffs-Appellees Gucci America, Inc., Balenciaga America Inc., Balenciaga S.A., Bottega Veneta International S.a.r.l., Bottega Veneta Inc., Luxury Goods International (L.G.I.) S.A. and Yves Saint Laurent America, Inc.*