UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUCCI AMERICA, INC., *et al.*,

                Plaintiffs,

-v-

WEIXING LI, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-1-16

No. 10-cv-4974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of two letters, one from Plaintiffs, dated January 29, 2016, alleging that non-party Bank of China ("BOC") is not in substantial compliance with two subpoenas issued in 2010 and 2011, and a response from BOC, dated February 1, 2016. The letters indicate that Plaintiffs have declined to discuss the deficiencies of BOC's production with BOC. As the Court does not have access to BOC's production and is ill-suited at this stage to evaluate its completeness, IT IS HEREBY ORDERED THAT that the parties shall meet and confer to attempt to resolve their disagreements. IT IS FURTHER ORDERED THAT the parties shall submit a joint letter to the Court on the status of these discussions and, if necessary, provide a detailed account of the alleged deficiencies in BOC's production by February 11, 2016.

SO ORDERED.

Dated:     February 1, 2016
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE