UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-3-16

GUCCI AMERICA, INC., *et al.*,

                Plaintiffs,

-v-

WEIXING LI, *et al.*,

                Defendants.

No. 10-cv-4974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is a letter from Plaintiffs, dated February 2, 2016 (Doc. No. 201), and a response from non-party Bank of China ("BOC"), dated February 3, 2016 (Doc. No. 202). Although the Court is troubled by some of the allegations contained in the letters, the parties are directed, as previously ordered, to meet and confer and to provide a joint letter to the Court by February 11, 2016. (Doc. No. 200.)

SO ORDERED.

Dated:    February 3, 2016
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE