UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUCCI AMERICA, INC., *et al.*,

                Plaintiffs,

-v-

WEIXING LI, *et al.*,

                Defendants.

No. 10-cv-4974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      Now before the Court is a joint letter from Plaintiffs and non-party Bank of China ("BOC"), dated February 11, 2016, indicating that the parties are still in discussions over BOC's document production and that BOC intends to produce additional materials by February 26, 2016. (Doc. No. 204.) IT IS HEREBY ORDERED THAT the parties shall write a joint letter to the Court no later than March 2, 2016 with an update on the status of the document production and a proposal for next steps.

SO ORDERED.

Dated:     February 16, 2016
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE