**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

1:10-cv-04974-RJS

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of February, two thousand and sixteen,

_____

Gucci America, Inc., Balenciaga America, Incorporated, Balenciaga, S.A., Bottega Veneta International S.A.R.L., Bottega Veneta, Incorporated, Luxury Goods International (L.G.I.) S.A., Yves Saint Laurent America, Inc.,

   Plaintiff - Appellee,

v.

Bank Of China,

   Appellant,

**ORDER**

Docket No. 15-3850

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb. 16, 2016

Weixing Li, DBA Redtagparty, DBA Myluxurybags.com, DBA Xpressdesginers.com, DBA Xpressdesigner.net, DBA Designer Handbags, AKA Xin Li, DBA Kuelala.com, Lijun Xu, DBA Redtagparty, AKA Jack London, Myluxurybags.com, Xpressdesigner.net, ABC Companies, Kuelala.com, Redtagparty, Ting Xu, DBA Redtagparty, DBA Myluxurybags.com, DBA Kuelala.com, DBA Xpressdesginers.com, DBA Xpressdesigner.net, AKA Jack London, AKA Xu Ting, AKA Rebecca Xu, Wenying Guo, DBA Redtagparty, DBA Myluxurybags.com, DBA Kuelala.com, DBA Xpressdesigner.net, DBA Xpressdesginers.com, DBA Designer Handbags, Xiaochao Shang, DBA Redtagparty, DBA Myluxurybags.com, DBA Kuelala.com, DBA Xpressdesginers.com, DBA Xpressdesigner.net, DBA Designer Handbags, Lei Xu, DBA Redtagparty, DBA Myluxurybags.com, DBA Kuelala.com, DBA Xpressdesginers.com, DBA Xpressdesigner.net, DBA Designer Handbags, Fengyuan Zhao, DBA Redtagparty, DBA Myluxurybags.com, DBA Kuelala.com, DBA

MANDATE ISSUED ON 02/16/2016

Xpressdesginers.com, DBA Xpressdesigner.net, DBA
Designer Handbags, Liqun Zhao, DBA Redtagparty,
DBA Myluxurybags.com, DBA Kuelala.com, DBA
Xpressdesginers.com, DBA Xpressdesigner.net, DBA
Designer Handbags, Ming Zhao, DBA Redtagparty, DBA
Myluxurybags.com, DBA Kuelala.com, DBA
Xpressdesginers.com, DBA Xpressdesigner.net, DBA
Designer Handbags, Peiyuan Zhao, DBA Redtagparty,
DBA Myluxurybags.com, DBA Kuelala.com, DBA
Xpressdesginers.com, DBA Xpressdesigner.net, DBA
Designer Handbags, John Does,

      Defendant

_____

      The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

      The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*