UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-8-16
```

GUCCI AMERICA, INC., *et al.*,

          Plaintiffs,

-v-

WEIXING LI, *et al.*,

          Defendants.

No. 10-cv-4974 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is a joint letter from Plaintiffs and non-party Bank of China ("BOC"), dated March 2, 2016, in which Plaintiffs ask the Court to compel BOC to produce additional documents and seek permission to move for sanctions against BOC for violating the Court's asset freeze injunctions. (Doc. No. 207.) IT IS HEREBY ORDERED THAT Plaintiffs shall submit briefing on both of these requests by April 8, 2016. BOC shall respond by May 6, 2016, and Plaintiffs' reply, if any, shall be filed by May 13, 2016.

SO ORDERED.

Dated:      March 8, 2016
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE