# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Robert Weigel
Direct: +1 212.351.3845
Fax: +1 212.351.5236
RWeigel@gibsondunn.com

April 8, 2016

ECF AND E-MAIL

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007
E-mail: SullivanNYSDChambers@nysd.uscourts.gov

Re:   Gucci America, Inc., et al. v. Weixing Li, et al., No. 2010 Civ. 4974 (RJS)

Dear Judge Sullivan:

We represent Plaintiffs in the above-referenced action. We wish to inform the Court that Plaintiffs and non-party Bank of China ("BOC") have reached a resolution of all outstanding disputes in this matter. Accordingly, Plaintiffs will not file any further motion against BOC pursuant to this Court's March 8, 2016 Order, or otherwise in this proceeding. In addition, Plaintiffs waive their right to recovery of fees pursuant to the Court's November 30, 2015 Order.

As Plaintiffs have now received the documents from the Bank of China, Plaintiffs intend to bring this lawsuit to a close expeditiously. Plaintiffs respectfully request leave to amend the complaint a final time to name a defendant who BOC's document production revealed to be part of the counterfeiting scheme. If acceptable to the Court, Plaintiffs will submit the amended complaint within two weeks.

Respectfully submitted,

*/s/Robert L. Weigel*


Robert L. Weigel, counsel to Plaintiffs

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

Honorable Richard J. Sullivan
April 8, 2016
Page 2

cc: Counsel to nonparty Bank of China

SO ORDERED.

_____
Hon. Richard J. Sullivan
United States District Judge